United States District Court
Southern District of Texas
**ENTERED**
August 18, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAMON DOVE, <br> (TDCJ-CID #01880020) | § § § | |
| Petitioner, | § § | |
| vs. | § § | CIVIL ACTION H-16-1341 |
| LORIE DAVIS, | § § § | |
| Respondent. | § | |

**FINAL JUDGMENT**

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is dismissed with prejudice.

This is a final judgment.

SIGNED on August 17, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge